UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CENTRAL CRUDE, INC. | * |
| | *    CIVIL ACTION NO. 2:17-CV-00308 |
| VERSUS | * |
| | *    MAGISTRATE JUDGE KAY |
| LIBERTY MUTUAL INSURANCE COMPANY, et al. | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF MIRANDA H. TURNER IN SUPPORT OF GREAT AMERICAN ASSURANCE COMPANY'S <u>MOTION FOR SUMMARY JUDGMENT</u>

I, Miranda H. Turner, hereby declare as follows:

1. I am associated with the law firm of Shipman & Goodwin LLP, counsel for Defendant Great American Assurance Company ("Great American"), and I am admitted *pro hac vice* in the above-captioned matter. I am competent to testify as to the following facts and have personal knowledge of the truth of the matters set forth herein.

2. I submit this declaration in support of Great American's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.

3. Attached as Exhibit 1 is the Petition for Injunctive Relief and Damages in the case captioned *Columbia Gulf Transmission Co. v. Central Crude, Inc., et al.*, Case No. 00066989 (29th Judicial District, Parish of St. Charles, State of Louisiana), produced by Central Crude, Inc. ("Central Crude") in this litigation bearing Bates Numbers CCvLM007493 through CCvLM007504.

4.	Attached as Exhibit 2 is a document titled Finding of Facts Report, Paradis Field Release Site, Bayou Gauche, St. Charles Parish, Paradis, Louisiana, January 2010, produced by Central Crude in this litigation bearing Bates Numbers CCvLM002358 through CCvLM002483.

5.	Attached as Exhibit 3 is a document titled Site Investigation and Corrective Action Report, Bayou Gauche Release Site, May 2016, produced by Central Crude in this litigation bearing Bates Numbers CCvLM009654 through CCvLM009793.

6.	Attached as Exhibit 4 is Policy No. TB1-641-436531-026 (9/1/2006-9/1/2007) issued by Liberty Mutual Insurance Company ("Liberty Mutual") to Central Crude, produced by Liberty Mutual in this litigation bearing Bates Numbers LM-1 through LM-71.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2019.

_____
Miranda H. Turner